**Opinion issued March 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00125-CV

———————————

## IN RE MARCELLE GUIMARAES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On February 11, 2015, relator, Marcelle Guimaraes, filed a petition for writ of mandamus.[1] On February 24, 2015, Guimaraes filed an unopposed "Motion to Dismiss her Petition for Writ of Mandamus on Sanctions." No opinion has issued. Accordingly, we grant the motion and dismiss relator's petition for writ of

---

[1]  The underlying case is *In the Matter of the Marriage of Marcelle Guimaraes and Christopher Scott Brann and In the Interest of [N.S.B.], a Child*, cause number 2012-53837, pending in the 308th District Court of Harris County, Texas, the Hon. James Lombardino presiding.

mandamus.  *Cf.* TEX. R. APP. P. 42.1(a)(1).  We dismiss any other pending motions

as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.